IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHARLES J. YOUNGBERG**                                                                                    **PLAINTIFF**

v.                                  Case No. 1:19-cv-0050-KGB

**TIM WEAVER, Judge, Sixteenth**                                                              **DEFENDANTS**
**Judicial Circuit Court,** *et al.*

**ORDER**

Plaintiff Charles Youngberg initiated this action on June 19, 2019 (Dkt. No. 2). By prior Order, the Court directed the Clerk of the Court to stay and administratively terminate this proceeding pending final disposition of Mr. Youngberg's criminal charges (Dkt. No. 7). The Court stated that this case is subject to reopening upon Mr. Youngberg's filing of a motion to reopen the case after such final disposition of his criminal charges (*Id.*).

On October 27, 2022, the Court entered a show cause Order to require Mr. Youngberg to file a written status report with the Court within 30 days of the entry of the show cause Order and to inform the Court of the status of his pending criminal charges (Dkt. No. 11). The Court notified Mr. Youngberg that failure to do so within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.

As of the date of this Order, Mr. Youngberg has not complied with or otherwise responded to the Court's October 27, 2022, Order, and the time to do so has passed. Accordingly, Mr. Youngberg's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2). The Court denies as moot Mr. Youngberg's motion to change venue and motion to reopen case (Dkt. Nos. 9, 10). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 13th day of February, 2023.

                                                           Kristine G. Baker
                                                         United States District Judge